IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**

       **Petitioner,**

**v.**                                         **Case No. 4:17cv78-MW/GRJ**

**UNITED STATES DISTRICT COURT,**

       **Respondent.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 6. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Petition for Writ of Mandamus, ECF No. 1, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 15, 2017.**

                                                          **s/Mark E. Walker          **
                                                          **United States District Judge**